United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

MARIA CORTEZ,

        Plaintiffs,

    v.

U.S. BANCORP, et al.,

        Defendants.

Case No. 25-cv-10953-NW

**CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)**

The court reviewed the joint case-management conference statement and issues this case-management and pretrial order. April 7, 2026, Case Management Conference vacated. The parties have not yet reached an agreement regarding an ADR process. The parties are ordered to meet and confer within 10 days of this Order to elect either private mediation or court-sponsored mediation, either of which must be completed by no later than November 27, 2026. If the parties cannot reach an agreement, the parties will be referred to court-sponsored mediation. The parties shall file an updated ADR agreement by May 1, 2026.

United States District Court
Northern District of California

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>[x] Court-sponsored mediation<br>[ ] Court-sponsored ENE<br>[ ] Mag. Judge Settlement Conf.<br>[x] Private mediation<br>[ ] Private arbitration<br>[ ] Other: | November 27, 2026 |
| Close of Fact Discovery | September 18, 2026 |
| Opening Expert Reports | October 16, 2026 |
| Rebuttal Expert Reports | November 13, 2026 |
| Close of Expert Discovery | December 04, 2026 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: December 25, 2026<br>**Responses**: January 08, 2027<br>**Replies**: January 15, 2027 |
| Hearing on Dispositive and *Daubert* Motions | February 17, 2027, at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | March 31, 2027 |
| Final Pretrial Conference | April 14, 2027, at 2:00 p.m. |
| Trial | May 03, 2027, at 9:00 a.m. |
| Length of trial | 5 days |

**IT IS SO ORDERED.**

Dated: March 31, 2026

Noël Wise
United States District Judge