UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

MARIA CORTEZ,
Plaintiff,
v.
U.S. BANCORP, et al.,
Defendants.

Case No. 25-cv-10953-NW

**AMENDED CASE MANAGEMENT AND PRETRIAL ORDER GRANTING PARTIES' STIPULATION AS MODIFIED**

Before the Court is the parties' stipulated request to modify the operative case-management and pretrial order in this action. ECF No. 24. The Court modifies the case schedule because the parties appear to be engaged in good-faith settlement discussions. Nonetheless, the Court generally is not inclined to issue seriatim extensions, even where negotiations are on-going. Accordingly, the case schedule is extended by **60 days**, as set forth below, and the Court will not be inclined to extend the schedule again absent a notice that the parties have reached a settlement in principle.

United States District Court
Northern District of California

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| **Scheduled Event** | **Amended Date** |
|---|---|
| Deadline to Complete ADR:<br>[ ] Court-sponsored mediation<br>[ ]Court-sponsored ENE<br>[ ] Mag. Judge Settlement Conf.<br>[x] Private mediation<br>[ ] Private arbitration<br>[ ] Other: | November 27, 2026 |
| Close of Fact Discovery | February 18, 2027 |
| Opening Expert Reports | March 15, 2027 |
| Rebuttal Expert Reports | April 12, 2027 |
| Close of Expert Discovery | May 4, 2027 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: May 25, 2027<br>**Responses**: June 8, 2027<br>**Replies**: June 15, 2027 |
| Hearing on Dispositive and *Daubert* Motions and Trial Readiness Conference | July 20, 2027 at 11:00 a.m. |
| Deadline to File Joint Pretrial Conference Statement | August 27, 2027 |
| Final Pretrial Conference | September 8, 2027 at 2:00 p.m. |
| Trial | October 4, 2027 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: October 5, 2026

Noël Wise
United States District Judge